IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01303-RBJ

BRIAN STALLBERG,

    Plaintiffs,

v.

VESTAS TOWERS AMERICA, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

**THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court having reviewed the same and being fully advised in the premises, it is hereby;

**ORDERED** that Plaintiff's claims brought against Vestas Towers America, Inc. are dismissed with prejudice, and all parties are to bear their own costs, expenses, and attorneys' fees pursuant to their settlement agreement.

DATED this 1st day of May, 2014.

BY THE COURT:

_Brooke Jackson_
_____
R. Brooke Jackson
United States District Judge